FILED
CLERK, U.S. DISTRICT COURT

FEB - 7 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE ERWIN BINE, | NO. CV 07-7695-PA(E) |
| Petitioner, | |
| v. | JUDGMENT |
| N. DAWSON (A.W.), Warden, | |
| Respondent. | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: _December 6, 2007_.

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE